AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Central District of California
## Eastern Division

|  |  |  |
|---|---|---|
| S&E GOURMET CUTS, INC.,<br>a California corporation,<br><br>*Plaintiff*<br>v.<br><br>TILLAMOOK COUNTRY SMOKER,<br>INC., an Oregon corporation,<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5:16-cv-01698 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    TILLAMOOK COUNTRY SMOKER, INC.

    8250 Warren Street

    Bay City, Oregon 97107

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| THOMAS J. SPEISS, III (SBN 200949)<br>  TSpeiss@SYCR.com<br>STRADLING YOCCA CARLSON &<br>RAUTH, P.C.<br>100 Wilshire Blvd., 4th Floor<br>Santa Monica, California 90401<br>Telephone:  (424) 214-7042<br>Facsimile:   (424) 214-7010 | STEVEN M. HANLE (SBN 168876)<br>  SHanle@SYCR.com<br>STRADLING YOCCA CARLSON &<br>RAUTH, P.C.<br>660 Newport Center Drive, 16th Floor<br>Newport Beach, California 92660<br>Telephone:  (949) 725-4126<br>Facsimile:   (949) 823-5126 |

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

LITIOC/2142609v1/103637-0016



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


**American LegalNet, Inc.**
www.FormsWorkFlow.com

LITIOC/2142609v1/103637-0016